COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-09-071-CV

 

TROPHY
CLUB MUNICIPAL UTILITY                                      APPELLANTS

DISTRICT NO. 2 AND TROPHY
CLUB

MUNICIPAL UTILITY
DISTRICT NO. 1 

 

                                                   V.

 

TOWN
OF TROPHY CLUB, TEXAS                                             APPELLEE

 

 

                                                 AND

 

 

TOWN
OF TROPHY CLUB, TEXAS                                          APPELLANT

 

                                                   V.

 

TROPHY
CLUB MUNICIPAL UTILITY                                          APPELLEE

DISTRICT NO. 2

 

                                               ----------

            FROM
THE 362ND DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the parties= AJoint
Motion To Dismiss Appeal As Moot.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal as
moot.  See Tex. R. App. P.
43.2(f).








Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED:  June 25, 2009











[1]See Tex. R. App. P. 47.4.